PROB 12C - (Rev. D/NM-8/2014)                                                                    2889173

## WJUNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW MEXICO

### Petition for Revocation of Supervised Release

| | |
|---|---|
| Name of Offender: | Joseph V. Mulay |
| Docket Number: | 1084 1:20CR01311 -001WJ |
| Assigned Judge: | Honorable William P. Johnson, Chief United States District Judge |
| Date of Original Sentence: | 02/14/2002 |
| Original Offense: | Ct 7: 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Approximately 151 Grams of Cocaine Base; Ct. 8: 21 U.S.C. § 841(a)(1) Possession with Intent to Distribute Approximately 1.8 Kilograms of Marijuana; Ct. 9: 18 U.S.C. § 924(c)(1)(A) Possession of a Firearm in Relation to a Drug Trafficking Offense |
| Original Sentence: | BOP: 240 months; TSR:  5 years |
| Date Supervision Commenced: | 10/03/2018 |
| Date Supervision Expires: | 10/02/2023 |
| Other Court Action: | 02/17/2017: Request for Modifying the Conditions or Term of Supervision with Consent of the Offender filed to add the following special conditions: refrain from the use and possession of alcohol and other forms of intoxicants; participation in and successfully complete an outpatient mental health treatment program approved by the probation officer; submit to a search of his person, property or automobile under his control to be conducted in a reasonable manner and at a reasonable time, for the purpose of detecting firearms, illegal substances, alcohol and other illegal contraband at the direction of the probation officer; and refrain from the possession of firearms or other dangerous weapons. On the same date, the Court ordered said modifications. |
| | 05/28/2020: The District of Kansas transferred jurisdiction to the District of New Mexico. |
| | 03/17/2021: The defendant filed an Opposed Motion for Early Termination of Supervised Release under seal. On May 6, 2021, the Court denied said motion. |

## PETITIONING THE COURT

No warrant requested.  Emergency warrant issued.

U.S. Probation Officer of the Court, Laina M. Romero, alleges the defendant has violated the following condition(s) of supervised release.

| Violation Type | Nature of Noncompliance |
|---|---|
| MC | The defendant shall not commit another federal, state, or local crime. |

On September 8, 2023, an Affidavit for Arrest Warrant was filed in the Rio Arriba County Magistrate Court charging the defendant with Aggravated Battery (Great Bodily Harm); in violation of NMSA § 30-03-05 (C), a third-degree felony punishable by three years imprisonment.

The maximum statutory penalty:  5 years imprisonment; 5 years supervised release. (Class A felonies)
The revocation range of imprisonment:   51 to 63 months. (Grade A violation pursuant to USSG §7B1.1(a)(1)(A)(i) and §7B1.4(a)(2); CHC VI)

I declare under penalty of perjury that the foregoing is true and correct.
Executed on 09/18/2023.

Submitted:                                                    Approved:                    ☒ Emergency Warrant

_Laina Romero_

_____                        _____
Laina M. Romero                                               Sarah E. Howard
U.S. Probation Officer                                        505-346-7274
Cell #: 505-980-9816                                          Assistant U.S. Attorney


                                                                     Date: 09/18/2023